No. 80–789.   HAYDEN *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 80–793.   DIXILYN CORP. *v.* RODRIGUE.   C. A. 5th Cir. Certiorari denied.

No. 80–797.   HART *v.* MAYOR OF BALTIMORE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 80–810.   GARCIA *v.* GLOOR ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–915.   SCHAFFER *v.* UNITED STATES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–923.   MOORE ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 80–925.   ROSENTHAL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 80–5428.   BOWLEG *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–5433.   MILLER *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 80–5475.   PASSARO *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–5555.   KRAMER *v.* HOPPER, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–5569.   ENGLAND *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–5591.   PALMER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–5659.   BERRY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.